

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00539-CV

**IN RE** Roberto Carlos **MENDIVES**, Sr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On August 24, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 2, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-00877, styled *In the Matter of the Marriage of Angela Rose Mendives and Roberto Carlos Mendives, Sr., and in the interest of R.C.M. II, M.A.M., G.F.M., and E.F.M., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.